<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6135**

---

In Re: IMAM ABU MUHAMMAD, formerly known as
Brian Lewis Hines,

                                                Petitioner.

---

On Petition for Writ of Mandamus.  (CA-97-591-M-5)

---

Submitted:  March 9, 1999          Decided:  March 24, 1999

---

Before ERVIN, HAMILTON, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Imam Abu Muhammad, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Imam Abu Muhammad, formerly known as Brian Lewis Hines, filed a petition for writ of mandamus requesting that this court compel the district court for the Eastern District of North Carolina to adjudicate the merits of his "Motion for Modification of Judicial Order" now pending before that court. In this mandamus petition, Muhammad fails to establish that he has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n., 860 F.2d 135, 138 (4th Cir. 1988). We therefore grant Muhammad's in forma pauperis status but deny Muhammad's petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED